

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**INFINITE ALLAH,**

    Plaintiff,

v.                                              Civil Action No. **3:18CV477**

**SUSAN FRANK,** *et al.*,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on July 24, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed of his current address, and that the failure to do so would result in the dismissal of his action. On October 23, 2019, the United States Postal Service returned a October 17, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NO LONGER AT THIS ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                      /s/
                                      M. Hannah Lauck
                                      United States District Judge

Date: **OCT 25 2019**
Richmond, Virginia